

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew P. Sholtes, Naval Consolidated Brig | **Civil Action No.**  18cv1330-MMA(BLM) |
| **Petitioner,** | |
| **V.** | |
| The Honorable Richard V. Spencer, Secretary of the Navy | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court summarily dismisses Sholtes' petition for writ of habeas corpus.

**Date:**        6/29/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Chapman

R. Chapman, Deputy